

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> MODESTO IVAN FONSECA ) <br> Defendant. ) | Case No.: CR 13-715-GW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist, CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. **(X)** The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **currently unemployed, multiple convictions while on release**

1 _____

2 _____

3 _____

4    and/or

5 B.    ( )   The defendant has not met his/her burden of establishing by

6       clear and convincing evidence that he/she is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9       on:_____

10      _____

11      _____

12      _____

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:  _____2/2/15_____

18

19                          _____

20                          UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28